**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JOSEPH CARVER,
                    *Plaintiff-Appellant,*

          v.

JOSEPH LEHMAN; KIMBERLY ACKER;
VICTORIA ROBERTS; SIX TO BE
NAMED DEFENDANTS,
                    *Defendants-Appellees.*

No. 06-35176

D.C. No.
CV-04-05570-RBL

ORDER

Filed August 26, 2008

Before: Stephen Reinhardt, Richard C. Tallman, and
Milan D. Smith, Jr., Circuit Judges.

---

## ORDER

The opinion filed on June 9, 2008 and appearing at 528 F.3d 659 is withdrawn. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit.

Plaintiff-Appellant's Petition for Rehearing and Defendants-Appellants' Petition for Rehearing En Banc are DENIED as moot.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.